**Motion Denied; Order filed October 1, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00640-CV
_____

## IN THE INTEREST OF R.E.T.R. AND D.D.R., JR., Children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2012-04492J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). In this case, the notice of appeal was filed July 23, 2013, and the 180-day deadline for final disposition is January 20, 2014.

The reporter's record in this appeal was filed August 1, 2013, and the clerk's record was filed August 2, 2013. Appellant's brief was originally due **August 22, 2013**, but it was not timely filed.

On August 23, 2013, this court issued an order requiring appellant's counsel, Katie Flynn, to file a brief. On August 28, 2013, newly appointed appellate counsel, William M. Thursland, made an appearance and requested an extension of time to file appellant's brief. The court granted an extension of time until **September 30, 2013, noting that no further extensions of time would be granted.**

On September 13, 2013, appellant filed a motion to substitute her retained counsel, **Adenrele Oladapo-Jimoh** in place of appointed counsel. In the motion, appellant acknowledged that her brief was due September 30, 2013. The court granted the motion to substitute counsel.

On September 27, 2013, appellant filed a further motion for extension of time to file appellant's brief until November 15, 2013. The motion is **DENIED.**

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM